# DAVID K. BERTAN
**ATTORNEY AT LAW**
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DKB@DAVIDBERTAN.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2023

November 3, 2023

*Via ECF*

Hon. Mary Kay Vyskocil, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Hon.

    Re: USA v. Davion Trusty (US v. Arau)
       21-cr-570 (MKV)

Dear Judge Vyskocil:

  I represent Mr. Trusty in the above matter. I am writing, with the consent of the Government, to request an extension of time for the filing of pre-trial materials. Motions *in limine* are currently due Monday, November 6; requests to charge and proposed voir dire are due November 20. The reason for this adjournment is that I am in the midst of discussing a proposed disposition with Mr. Trusty, which is made more complicated than normal due to his pending State Court matter in Bronx County. In addition, for personal reasons, I am out of the country until Nov. 12, 2023. Finally, the Government has advised me that all other defendants have accepted plea offers, and thus the requested extension only relates to Mr. Trusty, as the remaining defendants will be entering guilty pleas. Thank you for your consideration in this matter.

              Very truly yours,

              David K. Bertan

**GRANTED. The parties shall file any pretrial motions by November 27, 2023. Oppositions shall be due December 11, 2023. Replies shall be due December 22, 2023. The parties shall file all other pretrial submissions, in accordance with the Court's Individual Rules of Practice in Criminal Cases, by December 11, 2023. SO ORDERED.**

Date: 11/6/2023
New York, New York

Mary Kay Vyskocil
United States District Judge