**DAVID K. BERTAN**
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DKB@DAVIDBERTAN.COM

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____          │
│ DATE FILED: 11/22/2023               │
└─────────────────────────────────────┘
```

November 21, 2023

*Via ECF*

Hon. Mary Kay Vyskocil, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Hon.

> **Re:    USA v. Davion Trusty (US v. Arau)**
> **21-cr-570 (MKV)**

Dear Judge Vyskocil:

I represent Mr. Trusty in the above matter.  I am writing, with the consent of the Government, to request another extension of time in which to file pre-trial motions.  Currently, pre-trial motions are due on November 27, 2023.  Mr. Trusty has indicated he intends to plead guilty; due to complications at MDC, I was unable to meet with him yesterday to review and sign the plea agreement.  I will return to MDC Monday, November 27.  With that in mind, I am asking for another extension of time in which to file pre-trial motions: if all goes as planned, Mr. Trusty will enter a guilty plea within the next two weeks.   Thank you for your consideration in this matter.

Very truly yours,

David K. Bertan

**GRANTED.  The parties shall file any pretrial motions by December 11, 2023. Oppositions shall be due December 29, 2023. Replies shall be due January 12, 2024. The parties shall file all other pretrial submissions, in accordance with the Court's Individual Rules of Practice in Criminal Cases, by December 29, 2023.  SO ORDERED.**

Date:   11/22/2023
New York, New York

Mary Kay Vyskocil
United States District Judge